## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  NJ Affordable Homes Corp.
Debtor

                                              Case No.: 05−60442−DHS
                                              Chapter 7

Charles M. Forman
Plaintiff

v.

First Trust Corp. TTEE FBO Nan A. Lieberman
Defendant

Adv. Proc. No. 06−02711−DHS                       Judge: Donald H. Steckroth

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 26, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 57 − 6
Opinion (related document:[6] Motion to Dismiss Adversary Proceeding filed by Defendant Zimmerman Living Trust).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 3/23/2007 (zlh, )

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 26, 2007
JJW: zlh

                                                                                 James J. Waldron
                                                                                 Clerk